UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ANTHONY ROYCE HEARN,<br>Defendant. | Case No. 17cr3341-GPC<br>ORDER OF CRIMINAL FORFEITURE |

WHEREAS, pursuant to the terms of the Plea Agreement and Forfeiture Addendum between the parties, the above-named defendant, ANTHONY ROYCE HEARN ("Defendant"), consented to the forfeiture of all rights, title and interest of all properties seized in connection with this case, including but not limited to, a Sig Sauer 1911 Pistol CAL: 45, Serial No. 54A053744; and approximately ten (10) rounds of assorted ammunition CAL:45, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), as properties involved in the violation of 18 U.S.C. § 922(g)(1), as charged in the Information to which the Defendant entered a guilty plea; and

WHEREAS, on or about January 30, 2018, the above-referenced properties were administratively forfeited as properties involved in the commission of the offense pursuant to 18 U.S.C. § 924(d) by the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") and notice of the same was sent to Defendant and published and no one contested the administrative forfeiture proceedings;

| | |
|---|---|
| 1 | WHEREAS, Defendant ANTHONY ROYCE HEARN entered into a written plea agreement with the United States in which he agreed to the forfeiture of all properties seized in connection with the case, including all firearms and ammunition; |

WHEREAS, Defendant ANTHONY ROYCE HEARN entered into a written plea agreement with the United States in which he agreed to the forfeiture of all properties seized in connection with the case, including all firearms and ammunition;

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. All rights, title and interest of Defendant ANTHONY ROYCE HEARN in the Sig Sauer 1911 Pistol CAL: 45, Serial No. 54A053744; and approximately ten (10) rounds of assorted ammunition CAL:45, are hereby forfeited to the United States pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

2. The administrative forfeiture of the firearm and ammunition are hereby reaffirmed and accordingly, no ancillary proceedings or further action is required to enforce the forfeiture in this case.

DATED: September 10, 2018

*Gonzalo Curiel*
Hon. Gonzalo P. Curiel
United States District Judge